UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LINO IBARRA<br><br>　　　　　Defendant | Case No.  2:06-CR-394 RCJ<br><br>MINUTE ORDER<br><br>Date: 9/27/13 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, CHIEF UNITED STATES DISTRICT JUDGE**

**Deputy Clerk:**   Eileen Wood　　　　**Recorder:**    Joan Quiros

**Counsel for Plaintiff:**    No AUSA Present

**Counsel for Defendant:**    Nisha Brooks-Whittington

　　　On September 27, 2013, the Court held a hearing regarding Defendant's [21] Motion for Early Termination of Supervised Release.

　　　The Court having considered the arguments made by counsel at the time of the hearing and for good cause appearing,

　　　IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release [21] is hereby GRANTED.

　　　IT IS SO ORDERED.


Dated this 2nd day of October, 2013.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE